# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| JBB INVESTMENTS, LLC, ET AL. | |
| Plaintiffs | |
| VS. | NO: 3:08CV00003 SWW |
| FAZOLI'S FRANCHISING SYSTEMS, LLC; ET AL. | |
| Defendants | |

## ORDER

Before the Court is an unopposed motion for an extension of time by Separate Defendants Thomas Smith, Keystone Unlimited, LLC, Craig Boone, and Larry Benzing  The motion (docket entry #52) is GRANTED.  Separate Defendants have up to and including April 7, 2008 in which to respond to Fazoli's Franchising Systems' motion to dismiss or transfer cross-claims (docket entry #50).

IT IS SO ORDERED THIS 28th DAY OF MARCH, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE